# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TAWANNA JONES,<br>in her own behalf and a next friend<br>of D.M.J. | ) ) ) ) | |
| Plaintiffs | ) ) ) | |
| v. | ) ) | Case No. 00-cv-593 (RCL) |
| DISTRICT OF COLUMBIA | ) ) ) | |
| Defendant. | ) ) | |

## ~~[PROPOSED]~~ ORDER

For the reasons set forth in the Memorandum Opinion issued this date in *Keith Allen, et al. v. District of Columbia*, No. 00-cv-591, it is hereby

**ORDERED** that Plaintiffs shall pay, within 30 days of the date of this Order, $2,451.38, an amount which represents the overpayment made by Defendant in this case.

**SO ORDERED.**

Date: 12/21/21

Royce C. Lamberth
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE